| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

**1. Person Reporting** (Last name, First name, Middle initial)

Shubb, William B

**2. Court or Organization**

U. S. District Court

**3. Date of Report**

4/14/2005

**4. Title** (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)

U. S. District Court Judge

**5. ReportType** (check appropriate type)

○ Nomination, Date

○ Initial  ◉ Annual  ○ Final

**6. Reporting Period**

1/1/2004
to
12/31/2004

**7. Chambers or Office Address**

501 I Street Suite 14-200

Sacramento, CA 95814

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____  Date_____

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 APR 25 A 10: 31 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Shubb, William B | 4/14/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

**A. Filer's Non-Investment Income**

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

**B. Spouse's Non-Investment Income** (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | George Mason University, Law and Economic Center | April 30 - May 6 - Fairfax, VA, Seminar, "Forging of a Nation" (Travel, Lodging, and Food) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B | 4/14/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value. Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE    (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   BANK ACCOUNTS | | | | | | | | | |
| 2.   Bank America (Checking) | A | Interest | J | T | | | | | |
| 3.   Bank America (Maximizer) | A | Interest | J | T | | | | | |
| 4.   1st Community Credit Union | A | Interest | J | T | | | | | |
| 5.   ANNUITIES | | | | | | | | | |
| 6.   American Skandia | | None | M | T | | | | | |
| 7.   Venture Annuity | | None | J | T | | | | | |
| 8.   LIMITED PARTNERSHIPS | | | | | | | | | |
| 9.   Westin Hotels | A | Dividend | J | W | | | | | |
| 10.   Municipal Mortg. & Equity | B | Dividend | K | W | | | | | |
| 11.   RAYMOND JAMES IRA | | | | | | | | | |
| 12.   Government Strips | | None | J | T | | | | | |
| 13.   Capstead Mortgage | A | Dividend | J | T | | | | | |
| 14.   Heritage Cash Trust - IRA | A | Dividend | J | T | | | | | |
| 15.   RAYMOND JAMES ACCOUNT #1 | | | | | | | | | |
| 16.   Heritage Cash Trust Municipal | A | Dividend | K | T | | | | | |
| 17.   Evergreen High Income Muni | B | Dividend | J | T | Partial Sale | 2-3 | L | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B | 4/14/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value.<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Franklin CA High Yield Muni | C | Dividend | L | T | | | | | |
| 19. Seligman CA Tax Exempt | C | Dividend | L | T | | | | | |
| 20. Van Kampen Hi Yld Muni | C | Dividend | K | T | | | | | |
| 21. RAYMOND JAMES ACCOUNT #2 | | | | | | | | | |
| 22. Heritage Cash Trust Municipal | A | Dividend | L | T | | | | | |
| 23. Alliance Muni Income Ins'd CA | B | Dividend | K | T | | | | | |
| 24. Franklin Income Fund | B | Dividend | K | T | | | | | |
| 25. Franklin Strategic Income Fund | A | Dividend | K | T | Buy | 9-29 | K | | |
| 26. Highland Capital Floating Rate | A | Dividend | K | T | Buy | 4-2 | K | | |
| 27. Oppenheimer Senior Fltg Rate | A | Dividend | J | T | Buy | 4-2 | J | | |
| 28. Van Kampen Equity Income Fund | A | Dividend | K | T | | | | | |
| 29. Advantage Advisors Fund | | None | | | Sold | 9-17 | L | | |
| 30. TLI | A | Dividend | K | T | Buy | 4-2 | K | | |
| 31. EVF | A | Dividend | K | T | Buy | 4-2 | K | | |
| 32. VVR | A | Dividend | K | T | Buy | 4-2 | K | | |
| 33. IRA II (Separate) | | | | | | | | | |
| 34. Money Market - Dean Witter Reynolds | A | Dividend | | | Sold | 1-4 | J | | |
| 35. Equally Weighted S&P Fund, formerly known Value Added Equity | B | Dividend | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 36. MSDW - JOINT ACCOUNT | | | | | | | | | |
| 37. Joint Money Market - Dean Witter Reynolds | A | Dividend | K | T | | | | | |
| 38. Boeing | A | Dividend | J | T | | | | | |
| 39. Chevron | A | Dividend | K | T | | | | | |
| 40. Coca Cola | A | Dividend | J | T | | | | | |
| 41. General Electric | A | Dividend | K | T | | | | | |
| 42. Gillette | A | Dividend | J | T | | | | | |
| 43. Intel | A | Dividend | K | T | | | | | |
| 44. IRA | | | | | | | | | |
| 45. Money Market - Dean Witter Reynolds | A | Dividend | J | T | | | | | |
| 46. Dean Witter Dividend Growth Fund | A | Dividend | J | T | | | | | |
| 47. Apache Corp. | A | Dividend | J | T | | | | | |
| 48. Sempra Energy | A | Dividend | J | T | | | | | |
| 49. IRA/ROLLOVER of HR-10 | | | | | | | | | |
| 50. Money Market - Dean Witter Reynolds | A | Dividend | K | T | | | | | |
| 51. Information Fund | A | Dividend | J | T | | | | | |
| 52. Equally Weighted S&P 500, formerly known Value Added Mkt Fund | A | Dividend | M | T | | | | | |
| 53. Dividend Growth Fund | A | Dividend | M | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B | 4/14/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 54. American Tel & Tel | A | Dividend | J | T | | | | | |
| 55. AT&T Wireless | A | Dividend | | | Sold | 10-27 | J | | |
| 56. Boeing | A | Dividend | K | T | | | | | |
| 57. Bristol Meyers | A | Dividend | K | T | | | | | |
| 58. Chevron | A | Dividend | K | T | | | | | |
| 59. Cisco | A | Dividend | J | T | | | | | |
| 60. Coca Cola | A | Dividend | K | T | | | | | |
| 61. Comcast | A | Dividend | J | T | | | | | |
| 62. Conoco | A | Dividend | J | T | | | | | |
| 63. Du Pont | A | Dividend | K | T | | | | | |
| 64. General Electric | B | Dividend | L | T | | | | | |
| 65. Gillette Co | A | Dividend | J | T | | | | | |
| 66. Hewlett Packard | A | Dividend | J | T | | | | | |
| 67. Intel | A | Dividend | K | T | | | | | |
| 68. IBM | A | Dividend | K | T | | | | | |
| 69. Lucent | A | Dividend | J | T | | | | | |
| 70. Medco | A | Dividend | | | Sold | 11-3 | J | A | |
| 71. Merck | A | Dividend | | | Sold | 11-3 | J | C | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B | 4/14/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 72. Microsoft | C | Dividend | K | T | Buy | 11-3 | J | | |
| 73. Sempra Energy | A | Dividend | K | T | | | | | |
| 74. Walt Disney | A | Dividend | K | T | | | | | |
| 75. Yum Brands | A | Dividend | J | T | | | | | |
| 76. Zimmer Holdings | A | Dividend | J | T | | | | | |
| 77. Ford Motor Pfd | B | Dividend | | | Sold | 1-2 | K | | |
| 78. SAT-GE CAPITAL 3/15/32 | B | Dividend | K | T | | | | | Note in Part VIII |
| 79. GE Capital 6/28/32 | A | Dividend | J | T | Buy | 1-4 | J | | Note in Part VIII |
| 80. GE Capital 11/15/32 | A | Dividend | K | T | Buy | 1-5 | J | | |
| 81. GE Capital 2/18/33 | A | Dividend | K | T | Buy | 8-20 | K | | |
| 82. BellSouth Pfd | A | Dividend | | | Sold | 8-2 | J | | |
| 83. Bristol Meyers Pfd | A | Dividend | J | T | | | | | |
| 84. Zero Coupon Bond 11/04 | | None | | | redeemed | 11-15 | K | | |
| 85. Zero Coupon Bond 11/05 | | None | K | T | | | | | |
| 86. Zero Coupon Bond 11/07 | | None | K | T | | | | | |
| 87. Zero Coupon Bond 11/08 | | None | K | T | Buy | 11-4 | K | | |
| 88. Capital One CD | C | Interest | L | T | | | | | |
| 89. Discover CD | C | Interest | L | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,000-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Shubb, William B | 4/14/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 90. Discover Bank CD 11/08 | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Shubb, William B | 4/14/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

Notes

Line 78 SAT GE Capital 3/15/32 combined lines 72 and 73

Line 79 GE Capital 6/28/32 combined lines 74 and 75

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Shubb, William B | 4/14/2005 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Shubb, William B | 4/14/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig      Date  4/15/2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

<div style="border:1px solid black">

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

</div>